IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ELVIS HOUSTON FIELDS, | ) |
| | ) |
| v. | ) 3:10-0413 |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | ) ) |

**O R D E R**

Before the Court is the Report and Recommendation of Magistrate Judge Brown in which he recommends Plaintiff's Motion for Judgment on the Administrative Record, Document #15, be granted in part and the action be remanded for rehearing pursuant to 42 U.S.C. § 405(g). No objections have been filed.

The Court has read and considered the Report and finds the same to be correct in fact and law. The Report and Recommendation is adopted by this Court.

For the reasons set forth in the Report and Recommendation, the Motion for Judgment on the Administrative Record by the Plaintiff, Document #15, is **GRANTED in part**, **and the action is remanded for rehearing consistent with the Report and Recommendation and pursuant to 42. U.S.C. § 405(g).**

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge